UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| vs. | Case Number: 7:08-CR-178 (GHL) |
| JOHN R. MacGREGOR, II | |
| | Seth Buchman, Esq. |
| | Attorney for Defendant |

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere] as to count(s)___1 as superseded on the record.___

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct in violation of Title 18 United States Code, Sections 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** November 9, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $100.00 and a special assessment of $5.00. Total amount of the fine and special assessment amounts to $105.00, payable no later than July 11, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

_____June 11, 2008_____
Date of Imposition of Sentence

_____July 3, 2008_____           _____[signature]_____
DATE SIGNED                       GEORGE H. LOWE
                                  U.S. Magistrate Judge